# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 11-18032-JKF

MARK R GONSALVES

232 HIDDEN CREEK DRIVE
DOWNINGTOWN, PA 19335

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARK R GONSALVES

    232 HIDDEN CREEK DRIVE
    DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

    SHANNON L. FOSTER ESQ
    226 W MARKET ST

    WEST CHESTER, PA 19382

Date: 10/24/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee