**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark R Gonsalves<br>      Debtor(s) | CHAPTER 13<br><br>BKY. NO. 11-18032 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                                        Respectfully submitted,

                                        **/s/Thomas Puleo, Esquire**
                                        Thomas Puleo, Esquire
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406