United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mark R Gonsalves
     Debtor

Case No. 11-18032-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Jan 03, 2017
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.
13457085        +Bank of New York Mellon, f/k/a The Bank,     Serviced by Select Portfolio Servicing,,     3815 South West Temple,     Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York    paeb@fedphe.com
         ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon paeb@fedphe.com
         ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York    agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         BRIAN E. CAINE    on behalf of Creditor    Capital One Auto Finance bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
         D. TROY SELLARS    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York    D.Troy.Sellars@usdoj.gov
         D. TROY SELLARS    on behalf of Creditor    JPMorgan Chase Bank, N.A. paeb@fedphe.com
         DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Bank of New York Mellon et al c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
         DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
         DAVID H. LIPOW    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
         HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
         RYAN A. GOWER    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com
         SHANNON L. FOSTER    on behalf of Debtor Mark R Gonsalves Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
         SHANNON L. FOSTER    on behalf of Plaintiff Mark R Gonsalves Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
         STEPHEN M HLADIK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York    shladik@hoflawgroup.com,   debersole@hoflawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 18

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-18032-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark R Gonsalves
232 Hidden Creek Drive
Downingtown PA 19335

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/28/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Bank of New York Mellon, f/k/a The Bank, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/05/17

Tim McGrath
**CLERK OF THE COURT**