```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                                  Case No. 11-18032-jkf
Mark R Gonsalves                                                        Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR                  Page 1 of 3                  Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             +Mark R Gonsalves,    232 Hidden Creek Drive,    Downingtown, PA 19335-4226
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr             +Capital One Auto Finance,    c/o Parker McCay PA,    9000 Midlantic Drive,    Suite 300,
                 P.O. Box 5054,    Mount Laurel, NJ 08054-5054
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    Drawer 55-953,   PO Box 55000,
                 Detroit, MI  48255-0953)
cr             +The Bank of New York Mellon f/k/a The Bank of New,    Phelan Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,    Philadelphia, PA 19103-1823
cr             +Township of Caln/Caln Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
12572866       +Advantage Assets, Inc.,    C/O David Apothaker, Esquire,    520 Fellowship Road, C306,
                 Mt. Laurel, NJ 08054-3410
12572867       +Apothaker & Associates,    520 Fellowship Road, C306,    Mt. Laurel, NJ 08054-3410
13457085       +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
12572871       +Capital One,    3905 N. Dallas Parkway,    Plano, TX 75093-7892
12572870       +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12576929       +Capital One Auto Finance,    PO Box 829009,    Dallas, Texas 75382-9009
12613146        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
12572872       +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
12605349        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12572873       +Citibank,    C/O Monarch Recovery Mgmt.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
12572874       +EMC Mortgage,    2780 Lake Vista Drive,    Lewisville, TX 75067-3884
12718906       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12572877       +Hsbc,   P.O. Box 80084,    Salinas, CA 93912-0084
12579794       +Midland Credit Management, Inc.,    2365 Northside Drive ste 300,    San Diego, CA 92108-2709
12572878       +NARS,    P.O. Box 701,    Chesterfield, MO 63006-0701
12572879       +Northland Group, Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
12572880       +Portfolio Recovery Associates,    C/O Apothaker & Associates,    520 Fellowship Road, C306,
                 Mt. Laurel, NJ 08054-3410
12572881       +Portofolio Recovery Assoc.,    P.O. Box 12903,    Norfolk, VA 23541-0903
12605350       +THE BANK OF NEW YORK MELLON, Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
12572882       +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
13328833       +The Bank of New York Mellon,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12572883       +Tires Plus,    P.O. Box 81410,    Cleveland, OH 44181-0410
12572884       +Union Plus,    P.O. Box 17051,    Baltimore, MD 21297-1051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 18 2017 02:36:39
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:35
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:53:10
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:33     Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12580716       +E-mail/Text: ally@ebn.phinsolutions.com Feb 18 2017 02:34:59     Ally Financial f/k/a GMAC Inc.,
                 Bankruptcy Department,    P.O. Box 130424,    Roseville, MN 55113-0004
12674740       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 18 2017 02:36:07     Asset Acceptance LLC,
                 P.O. BOX 2036,    Warren, MI 48090-2036
12572868       +E-mail/Text: legal@arsnational.com Feb 18 2017 02:35:20     Associated Recovery Systems,
                 P.O. Box 469046,    Escondido, CA 92046-9046
13841704       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 18 2017 02:36:39
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
12572876       +E-mail/Text: ally@ebn.phinsolutions.com Feb 18 2017 02:34:59     GMC,    P.O. Box 78234,
                 Phoenix, AZ 85062-8234
12934004        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:36     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 3              Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12610155          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:43:59
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13024712         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:29:03
                   PRA Receivables Management, LLC,    as agent of Portfolio Recovery,    Associates, LLC,
                   POB 41067,    Norfolk, VA 23541-1067
12654024          E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:33      Portfolio Investments I LLC,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12606165          E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:35:25
                   Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
12962086          E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:35:25
                   Quantum3 Group LLC as agent for,    Midland Funding LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
12613514          E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:00
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
12572885         +E-mail/Text: BKRMailOps@weltman.com Feb 18 2017 02:36:14      Weltman, Weinberg & Reis Co,
                   325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*             ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC.,     POB 41067,
                   Norfolk, VA  23541)
cr*               Quantum3 Group LLC as agent for,    Midland Funding LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
12572875*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                   P.O. Box 537901,    Livonia, MI  48153)
12597910*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,     PO Box 6275,
                   Dearborn, MI  48121)
cr              ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                   Salt Lake City, UT 84115-4412
12572869        ##+Bank Of America,    P.O. Box 15184,    Wilmington, DE 19850-5184
                                                                                  TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor   The Bank of New York Mellon paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
               paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    Capital One Auto Finance bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              D. TROY SELLARS    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
               D.Troy.Sellars@usdoj.gov
```

```
District/off: 0313-2          User: DonnaR              Page 3 of 3            Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          D. TROY SELLARS    on behalf of Creditor    JPMorgan Chase Bank, N.A. paeb@fedphe.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bank of New York Mellon et al c/o Select
           Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
           New York debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          DAVID H. LIPOW    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          JON M. ADELSTEIN    on behalf of Debtor Mark R Gonsalves jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          RYAN A. GOWER    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com
          SHANNON L. FOSTER    on behalf of Plaintiff Mark R Gonsalves Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of Debtor Mark R Gonsalves Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          STEPHEN M HLADIK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mark R Gonsalves

    Debtor(s)

Bankruptcy No: 11−18032−jkf

Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/17/17