United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark R Gonsalves  
    Debtor

Case No. 11-18032-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2     Date Rcvd: Mar 24, 2017  
                      Form ID: 3180W     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
```
db              +Mark R Gonsalves,    232 Hidden Creek Drive,    Downingtown, PA 19335-4226
12576929        +Capital One Auto Finance,    PO Box 829009,    Dallas, Texas 75382-9009
12579794        +Midland Credit Management, Inc.,    2365 Northside Drive ste 300,    San Diego, CA 92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 25 2017 02:13:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2017 02:12:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2017 02:12:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12580716        +EDI: GMACFS.COM Mar 25 2017 01:58:00      Ally Financial f/k/a GMAC Inc.,
                 Bankruptcy Department,    P.O. Box 130424,    Roseville, MN 55113-0004
12674740        +EDI: ACCE.COM Mar 25 2017 01:58:00      Asset Acceptance LLC,    P.O. BOX 2036,
                 Warren, MI 48090-2036
13841704        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 25 2017 02:12:31
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
12613146         EDI: CAPITALONE.COM Mar 25 2017 01:58:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
12597910         EDI: FORD.COM Mar 25 2017 01:58:00      Ford Motor Credit Company, LLC,    PO Box 6275,
                 Dearborn, MI  48121
12934004         EDI: AIS.COM Mar 25 2017 01:58:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX  77210-4457
12610155         EDI: PRA.COM Mar 25 2017 01:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13024712        +EDI: PRA.COM Mar 25 2017 01:58:00      PRA Receivables Management, LLC,
                 as agent of Portfolio Recovery,    Associates, LLC,    POB 41067,    Norfolk, VA 23541-1067
12962086         EDI: Q3G.COM Mar 25 2017 01:59:00      Quantum3 Group LLC as agent for,    Midland Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 12

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    Capital One Auto Finance bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              D. TROY SELLARS    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    JPMorgan Chase Bank, N.A. paeb@fedphe.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of New York Mellon et al c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
```

```
District/off: 0313-2           User: admin              Page 2 of 2            Date Rcvd: Mar 24, 2017
                               Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
           New York debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          DAVID H. LIPOW    on behalf of Creditor   Capital One Auto Finance bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          JON M. ADELSTEIN    on behalf of Debtor Mark R Gonsalves jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          RYAN A. GOWER    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com
          SHANNON L. FOSTER    on behalf of Plaintiff Mark R Gonsalves Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of Debtor Mark R Gonsalves Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          STEPHEN M HLADIK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 19
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Mark R Gonsalves** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3043 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): <br> First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **11–18032–jkf** | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark R Gonsalves

3/23/17                                                      **By the court:**     Jean K. FitzSimon
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**