United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark R Gonsalves  
    Debtor

Case No. 11-18032-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 09, 2017  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.  
db         +Mark R Gonsalves,    232 Hidden Creek Drive,    Downingtown, PA 19335-4226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:  
         ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York  paeb@fedphe.com  
         ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon paeb@fedphe.com  
         ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York  agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         BRIAN E. CAINE    on behalf of Creditor    Capital One Auto Finance bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         D. TROY SELLARS    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York  D.Troy.Sellars@usdoj.gov  
         D. TROY SELLARS    on behalf of Creditor    JPMorgan Chase Bank, N.A. paeb@fedphe.com  
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bank of New York Mellon et al c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
         DAVID H. LIPOW    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com, dlipow@milsteadlaw.com  
         HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
         JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority  jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
         JON M. ADELSTEIN    on behalf of Debtor Mark R Gonsalves jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
         RYAN A. GOWER    on behalf of Creditor    Capital One Auto Finance bkecf@milsteadlaw.com  
         SHANNON L. FOSTER    on behalf of Debtor Mark R Gonsalves Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net  
         SHANNON L. FOSTER    on behalf of Plaintiff Mark R Gonsalves Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net  
         STEPHEN M HLADIK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York  shladik@hoflawgroup.com, debersole@hoflawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                         TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Mark R Gonsalves                                                : Case No. 11–18032–jkf
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 20, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                              By The Court

                              Jean K. FitzSimon
                              Judge , United States Bankruptcy Court